| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) **WASSERMAN, JURISTA & STOLZ, P.C.** 110 Allen Road, Suite 304 Basking Ridge, NJ 07920 Phone: (973) 467-2700 Fax: (973) 467-8126 Counsel to Debtors-in-Possession DANIEL M. STOLZ, ESQ. LEONARD C. WALCZYK, ESQ. | |
| In Re: **LIZZA EQUIPMENT LEASING, LLC,** Debtor. | Chapter 11 Case No. 19-21763 Honorable Michael B. Kaplan |
| In Re: **AZZIL GRANITE MATERIALS, LLC,** Debtor. | Chapter 11 Case No. 19-21764(MBK) |
| In Re: **MAGNOLIA ASSOCIATES, LLC,** Debtor. | Chase 11 Case No. 19-21766(MBK) |

**NOTICE OF MOTION FOR THE ENTRY OF INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL, GRANTING RELATED RELIEF AND <u>SCHEDULING FINAL HEARING THEREON</u>**

TO:  Office of the U.S. Trustee
    Attn: Lauren Bielskie, Esq.
    One Newark Center
    Suite 2100
    Newark, NJ 07102

    Bonnie Pollack, Esq.
    Cullen and Dykman LLP
    One Riverfront Plaza
    Newark, NJ 07102
    Counsel to New York Commercial Bank

Internal Revenue Service
District Director's Office
Newark District Office
955 S. Springfield Avenue
Springfield, New Jersey 07081

Internal Revenue Service
District Director
One Newark Center
Newark, New Jersey 07102

State of New Jersey
Division of Taxation
50 Barrack Street
P. O. Box 269
Trenton, New Jersey 08695

INCLUDING: 20 LARGEST UNSECURED CREDITORS and ALL PARTIES LISTED ON
CERTIFICATION OF SERVICE

**PLEASE TAKE NOTICE**, that on the date specified on the *Order Regarding Application for Expedited Consideration of First Day Matters* the undersigned, as proposed counsel for Debtor, shall move before the United States Bankruptcy Judge to be determined, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, seeking the entry of an Order authorizing the Debtor to use cash collateral, and for such other relief that is just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned shall rely upon the Motion filed herewith in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE**, that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE**, that no brief is being filed herewith since the legal basis upon which relief should be granted is set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE**, that all objections must be in writing, filed with the Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608,

and a copy thereof must simultaneously be served upon Wasserman, Jurista & Stolz, P.C., Attn: Leonard C. Walczyk, Esq., 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920.

**PLEASE TAKE FURTHER NOTICE**, that in the absence of any objections, the relief requested hereunder may be granted without further notice.

**WASSERMAN, JURISTA & STOLZ, P.C.**
*Proposed Counsel for Debtors-in-Possession,*
*Lizza Equipment Leasing, LLC, Azzil Granite*
*Materials, LLC*, and Magnolia Associates, LLC

By: _____
LEONARD C. WALCZYK

Date: June 14, 2019

## LIZZA EQUIPMENT LEASING, LLC.
### 20 Largest Creditors

NYS Marine Highway Transp. Co.
PO Box 1216
427 River St.
Troy, NY 12181

Signature Financial
PO Box 5524
Hicksville, NY 11802-5524

Caterpillar Financial Services
PO Box 13834
Newark, NJ 07188-0834

DLL Financial
PO Box 41602
Philadelphia, PA 19101-1602

Wells Fargo Equipment Finance
PO Box 1450
Minneapolis, MN 55485-8178

Travelers Insurance
One Tower Square
Hartford, CT 06183-9042

Komatsu Northeast
32970 Collection Center Drive
Chicago, IL 60693-0329

JSM Brokerage, Inc.
Attn: Maria Goursahab
12-23A 150th Street
Whitestone, NY 11357

Midlantic Machinery
32970 Collection Center Drive
Chicago, IL 60693-0329

## AZZIL GRANITE MATERIALS, LLC
### Top 20 Largest Creditors

NYS Marine Highway Transp. LLC
427 River St.
PO Box 1216
Troy, NY 12180

Maine Drilling & Blasting, Inc.
PO Box 1140
Brunswick Road
Gardiner, ME 04345

E.J. Transport, LLC
25 Corellis Dr.
Rensselaer, NY 12144

Grande Aggregates, LLC
9025 Rte 4
Whitehall, NY 12887

South Bay Machine Shop, Inc.
275 Ellsworth St.
Holbrook, NY 11741

Barclay Damon
125 East Jefferson St.
Syracuse, NY 13202

Center Island Electric Corp.
96 Nassau Road
Roosevelt, NY 11575

J.R. Vinargo Corp.
2208 Plainfield Pike
Johnston, RI 02919

Emerald Equipment Systems, Inc.
7600 Morgan Road
Liverpool, NY 13090

Canadian Pacific Railway Comp.
CM-9527
Saint Paul, MN 55170-9527

Brookhaven Rail Freight Services
205 Sills Road
Yaphank, NY 11980

Michael Ferrucci Repair, Inc.
96 Commercial St.
Freeport, NY 11520

Infinity Trans III Capital LLC
Huntington Bank
L-3668
Columbus, OH 43260-3668

Abbatiello Trucking
7 Park Ave
Carle Place, NY 11514

GATX Corp. Rail
3454 Solutions Center
Chicago, IL 60677-3004

CSX Transportation
CSXT N/A 158302
PO 640839
Pittsburgh, PA 15264

JMT of New York, Inc.
40 Wight Ave.
Hunt Valley, MD 21030

Promac Group
22 Nealy Blvd.
Trainer, PA 19061

Edward Ehrbar, Inc.
32970 Collection Center Dr.
Chicago, IL 60693-0329

Guard Enterprises
100 Sunset Trail
Milford, PA 18337

## MAGNOLIA ASSOCIATES, LLC
### 20 Largest Creditors

J.R. Vinargo Corporation
2208 Plainfield Pike
Johnston, RI 02919

Maine Drilling & Blasting, Inc.
PO Box 1140
Brunswick Road
Gardiner, ME 04345

New York Commercial Bank
NYCB Plaza
102 Duffy Avenue, 3rd Fl.
Hicksville, NY 11801

NYS Marine Highway Transportation
427 River Street
Troy, NY 12190

Salvatore Gargano
c/o Compass Construction of NY Co
234 Skillman Avenue #2A
Brooklyn, NY 11211

Signature Financial, LLC
225 Broadhollow Road
Suite 132W
Melville, NY 11747

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Suite 700
Minneapolis, MN 55402

Zurich North America
Attn: Nicholas Kokinakis, Claims Coun.
1299 Zurich Way
PO Box 968038
Schaumburg, IL 60196

## LIZZA EQUIPMENT LEASING LLC.
### Case No. 19-21763
### Service List

Office of U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Lizza Equipment Leasing LLC.
Attn: Carl J. Lizza
859 Willow Grove Road
Hackettstown, NJ 07840
*Debtor*

DeLage Landen Financial Services
1111 Old Eagle School Road
Wayne PA 19087-0000
*Secured Creditor*

Larry B. Hollander, Esq.
Hollander Law Group, PLLC
40 Cutter Mill Road, Suite 203
Great Neck, NY 11021
Email: lhollander@Hollanderlawpllc.com
*Attorneys for New York State Marine
Highway Transportation Co., LLC.*

Joseph Lubertazzi, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: 973-639-2082
Fax: 973-297-3940
Email: jlubertazzi@mccarter.com
*Attorneys for Wells Fargo Equipment Finance Inc.*

Robert S. Dowd, Jr., Esq.
Law Offices of Robert S. Dowd, Jr. LLC
100 Challenger Road
Suite 100
Ridgefield Park, NJ 07660
Phone: (201) 489-3900
Fax: (201) 489-4700
Email: rsd@rsdowdlaw.com
*Special Counsel to Debtor*


Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, NJ  07102
Phone:  973-848-4000
Fax:  973-848-4001
Email:  daniel.eliades@klgates.com
Email:  david.catuogno@klgates.com
*Attorneys for Eastern Concrete Materials, Inc.*


Kevin M. Gary, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
100 Jericho Quadrangele, Suite 309
Jericho, New York 11753-2702
Phone:  (516) 240-8900
Fax:  (516) 240-8950
Email:  kgary@tlggr.com

**AZZIL GRANITE MATERIALS, LLC**
Case No.: 19-21764
<u>Service List</u>

United States Trustee's Office
Attn: Lauren Bielski
One Newark Center
Suite 2100
Newark, New Jersey 07102
Email: <u>lauren.bielskie@usdoj.gov</u>

Azzil Granite Materials, Inc.
Attn: Carl J. Lizza
859 Willow Grove Road
Hackettstown, NJ 07840
*Debtor*

New York Commercial Bank
NYCB Plaza
102 Duffy Ave., 3rd Fl.
Hicksville NY 11801-0000
*Secured Creditor*

Bonnie Pollack, Esq.
Matthew Roseman, Esq.
David Edelberg
Cullen and Dykman LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Email: <u>bpollack@CullenandDykman.com</u>
<u>mroseman@cullenanddykman.com</u>
<u>dedelberg@cullenanddykman.com</u>
*Counsel for New York Commercial Bank*

Larry B. Hollander, Esq.
Hollander Law Group, PLLC
40 Cutter Mill Road, Suite 203
Great Neck, New York 11021
Email: <u>lhollander@Hollanderlawpllc.com</u>
*Counsel to New York State Marine Highway
Transportation Co., LLC.*

Joseph Lubertazzi, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ   07102
Tel: 973-639-2082
Fax: 973-297-3940
Email: jlubertazzi@mccarter.com
*Attorneys for Wells Fargo Equipment Finance Inc.*

Robert S. Dowd, Jr., Esq.
Law Offices of Robert S. Dowd, Jr. LLC
100 Challenger Road
Suite 100
Ridgefield Park, NJ 07660
Phone: (201) 489-3900
Fax: (201) 489-4700
rsd@rsdowdlaw.com
*Special Counsel to Debtor*

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, NJ   07102
Phone:  973-848-4000
Fax:  973-848-4001
Email:  daniel.eliades@klgates.com
Email:  david.catuogno@klgates.com
*Attorneys for Eastern Concrete Materials, Inc.*

MAGNOLIA ASSOCIATES, LLC
Case No.: 19-21766

Service List

United States Trustee's Office
Attn: Lauren Bielskie
One Newark Center
Suite 2100
Newark, New Jersey 07102
Email: lauren.bielskie@usdoj.gov

Magnolia Associates, LLC.
Attn: Carl J. Lizza
859 Willow Grove Road
Hackettstown, NJ 07840
*Debtor*

New York Commercial Bank
NYCB Plaza
102 Duffy Ave., 3rd Fl.
Hicksville NY 11801-0000
*Secured Creditor*

Bonnie Pollack, Esq.
Matthew Roseman, Esq.
David Edelberg, Esq.
Cullen and Dykman LLP
The Legal Center
One Riverfront Plaza, 5th Floor
Newark, NJ 07102
Email: bpollack@CullenandDykman.com
mroseman@cullenanddykman.com
dedelberg@cullenanddykman.com
*Counsel for New York Commercial Bank*

Signature Financial, LLC
225 Broadhollow Rd.
Suite 132W
Melville NY 11747-0000
*Secured Creditor*

Robert S. Dowd, Jr., Esq.
Law Offices of Robert S. Dowd, Jr. LLC
100 Challenger Road
Suite 100
Ridgefield Park, NJ 07660
Phone: (201) 489-3900
Fax: (201) 489-4700
rsd@rsdowdlaw.com
*Special Counsel to Debtor*

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, NJ 07102
Phone: 973-848-4000
Fax: 973-848-4001
Email: daniel.eliades@klgates.com
Email: david.catuogno@klgates.com
*Attorneys for Eastern Concrete Materials, Inc.*